PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA    Las Vegas
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Veronica Criste
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Steven Myhre & Justin Washburne

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI S/A Will Hardy

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense          SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)
☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under          MAG. JUDGE CASE NO.

Place of offense          County

CASE NO. 2:24-cr-00142-JAD-EJY

USA vs.
Defendant: DAVID RYAN LINDEN

Address:

[Stamp: RECEIVED ENTERED SERVED ON COUNSEL / PARTIES OF RECORD  MAY 13 2025  CLERK U.S. DISTRICT COURT DISTRICT OF NEVADA  BY: _____ DEPUTY]

☐ Interpreter Required  Dialect: _____

Birth Date _____    ☑ Male  ☐ Female    ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  13

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18 U.S.C. §§ 371 | Conspiracy | 1 |
|  | 18 U.S.C. §§ 666(a)(1)(A) | Federal Program Theft | 2 to 7 |
|  | 18 U.S.C. §§ 1956(h) | Conspiracy to Violate Sections 1956 and 1957 | 8, 11, 12 |
|  | 18 U.S.C. §§ 1956(a)(1)(b)(B)(i) | Money Laundering | 9, 10 |
|  | 18 U.S.C. §§ 1001 | False Document | 13 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 2:24-cr-00142-JAD-EJY |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile<br>☐ Pre-Indictment Plea ☑ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: RICK KIREN SAGA |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT Las Vegas<br>DISTRICT OF NEVADA                Divisional Office | Address:<br>*(Filed stamp: MAY 13 2025, CLERK US DISTRICT COURT, DISTRICT OF NEVADA, DEPUTY)* |
| Name and Office of Person Furnishing Information on THIS FORM: Veronica Criste<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (702) 388-6336 | ☐ Interpreter Required  Dialect: |
| Name of Asst. U.S. Attorney (if assigned): Steven Myhre & Justin Washburne | Birth Date _____   ☑ Male  ☐ Alien<br>                           ☐ Female  (if applicable) |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (& Title, if any)<br>FBI S/A Will Hardy | Social Security Number _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☑ Warrant ☐ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense _____ County _____ | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 13

| Set | Title & Section/Offense Level<br>(Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18 U.S.C. §§ 371 | Conspiracy | 1 |
|  | 18 U.S.C. §§ 666(a)(1)(A) | Federal Program Theft | 2 to 7 |
|  | 18 U.S.C. §§ 1956(h) | Conspiracy to Violate Sections 1956 and 1957 | 8, 11, 12 |
|  | 18 U.S.C. §§ 1956(a)(1)(b)(B)(i) | Money Laundering | 9, 10 |
|  | 18 U.S.C. §§ 1001 | False Document | 13 |