1  SUBT
   Aniela K. Szymanski, Esq.
2  Nevada Bar No. 15822
3  3765 E. Sunset Rd. B9
   Las Vegas NV 89120
4  702-899-8180
   aniela@anielalaw.com
5  *Attorney for Defendant*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICK KIRAN SAGA,<br><br>Defendant. | Case No.: 2:24-CR-00142-JAD-EJY |

### SUBSTITUTION OF ATTORNEY

RICK KIRAN SAGA, the defendant in the above-entitled action, hereby substitutes and appoints ANIELA K SZYMANSKI, Esq., to represent him in this action in the place of the Attorney LANCE MANINGO.

Dated: 12/15/2025

_____
RICK KIRAN SAGA

ANIELA K. SZYMANSKI hereby accepts this appointment as counsel of record for the defendant, RICK KIRAN SAGA in the above-entitled action.

1

_____
ANIELA K. SZYMANSKI

Lance A. Maningo hereby agrees to the substitution of counsel for the defendant in the above-entitled action.

Dated: 12/15/25

_____
LANCE MANINGO, Attorney

IT IS SO ORDERED THIS
17th day of December, 2025.

_____
U.S. MAGISTRATE JUDGE