Aniela K. Szymanski, Esq.
Nevada Bar No. 15822
3765 E. Sunset Rd. B9
Las Vegas NV 89120
702-899-8180
aniela@anielalaw.com
*Attorney for Defendant, Rick Kiran Saga*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICK KIRAN SAGA,<br><br>    Defendant. | Case No.: 2:24-CR-00142-JAD-EJY |

**EMERGENCY MOTION TO CONTINUE**

**OR, IN THE ALTERNATIVE, TO PERMIT TELEPHONIC APPEARANCE**

Defendant Rick Kiran Saga, by and through undersigned counsel Aniela K. Szymanski, Esq., respectfully moves this Court on an emergency basis for a continuance of the hearing currently set for January 13, 2026, on Defendant's Motion to Substitute Counsel. In the alternative, Defendant requests that the Court permit undersigned counsel to appear telephonically at the January 13, 2026 hearing. This Motion is made pursuant to the Court's inherent authority to manage its docket and upon a showing of good cause. *See United States v. Flynt*, 756 F.2d 1352, 1358 (9th Cir. 1985).

**EMERGENCY NATURE OF THE MOTION**

This Motion is filed on an emergency basis because the hearing is scheduled for January 13, 2026, and undersigned counsel became definitively unavailable for in-person appearance

only upon the denial of military leave on January 9, 2026. The timing of the denial was outside counsel's control, and immediate relief is necessary to avoid prejudice to Defendant and to permit orderly resolution of the pending substitution-of-counsel issue.

Absent emergency relief, Defendant will be forced to proceed on a critical representation issue without his chosen counsel's participation, through no fault of Defendant or counsel.

## I. BACKGROUND

Defendant previously moved to substitute his counsel, seeking to replace Lance Maningo with Aniela K. Szymanski as counsel of record. The Government filed an opposition, and the Court scheduled a hearing on the motion for January 13, 2026, ordering all parties and counsel to appear in person.

Subsequent to the scheduling of the hearing, undersigned counsel was ordered to active duty with the United States Marine Corps. Counsel promptly and diligently requested military leave in order to appear at the January 13, 2026 hearing. However, on January 9, 2026, counsel's request for leave was denied, rendering her unable to comply with the Court's in-person appearance order.

## II. GOOD CAUSE EXISTS FOR A CONTINUANCE
## OR TELEPHONIC APPEARANCE

Good cause exists to continue the hearing. Counsel's inability to attend is the result of compulsory military service, not delay or neglect. The requested continuance is narrow in scope and seeks to reset the hearing to a date on or after February 18, 2026, allowing sufficient advance notice to request military leave.

Granting the continuance will not prejudice the Government. There is no indication that this case was prepared to proceed to trial in March 2026. As conceded by the government in its

Opposition, Mr. Saga has the right to be represented by the counsel of his choosing. Here, Mr. Saga has chosen to NOT be represented by Mr. Maningo and has, instead, stated he wishes to be represented by Ms. Szymanski. The initial discovery provided by the government to Mr. Maningo was over one terabyte of data. No attorney, regardless of whether there were delays due to military duties or not, could review that amount of data and be prepared for a jury trial in two months. Regardless of her military duties, therefore, Ms. Szymanski would have required a continuance to prepare for trial. This would be true whether it was the Federal Public Defender substituting in for Mr. Saga's counsel, or any other attorney.

Denying the continuance would materially prejudice Defendant's right to be represented by counsel of his choosing, to prepare for his defense, and would penalize counsel for fulfilling military obligations.

In the alternative, should the Court determine that a continuance is not warranted, Defendant respectfully requests that undersigned counsel be permitted to appear telephonically at the January 13, 2026 hearing.

Allowing a telephonic appearance would:

- Fully preserve the Court's ability to hear argument;
- Avoid delay of the proceedings;
- Eliminate prejudice to the Government; and
- Accommodate counsel's unavoidable military obligations.

The hearing at issue is procedural in nature and does not involve witness testimony or evidentiary presentation. Telephonic participation would therefore be sufficient to address the matters before the Court while ensuring Defendant's right to counsel of choice is not impaired.

### III. MILITARY SERVICE CONSIDERATIONS

Undersigned counsel's active-duty status further implicates the policy considerations underlying the Servicemembers Civil Relief Act, 50 U.S.C. § 3931 *et seq.*, which reflects Congress's intent that military service should not unduly interfere with participation in legal proceedings. While counsel does not invoke the Act as a technical bar, these considerations further support either a brief continuance or, alternatively, permission to appear telephonically.

### IV. DECLARATION IN SUPPORT

This Motion is supported by the attached Declaration of Aniela K. Szymanski, which sets forth the relevant facts regarding her active-duty status and denied leave request.

### V. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that the Court:

1. Continue the January 13, 2026 hearing to a date on or after February 18, 2026; or, in the alternative,

2. Permit undersigned counsel to appear telephonically at the January 13, 2026 hearing; and

3. Grant such other and further relief as the Court deems just and proper.

DATED this 10th day of January, 2026.

Respectfully submitted,

Aniela K Szymanski
Aniela K. Szymanski, Esq.
3765 E. Sunset Rd. B9
Las Vegas NV 89120
702-899-8180
*Attorney for Defendant, Rick Kiran Saga*

## DECLARATION OF ANIELA K. SZYMANSKI, ESQ.

I, Aniela K. Szymanski, declare as follows:

1. I am an attorney licensed to practice law in the State of Nevada and am counsel for Defendant Rick Kiran Saga in this matter.

2. I am currently serving on active duty with the United States Marine Corps pursuant to military orders.

3. After the Court scheduled the hearing for January 13, 2026, I promptly requested military leave to attend the hearing in person.

4. On January 9, 2026, my command denied my request for leave.

5. Due to my active-duty obligations, I am unable to appear in person at the January 13, 2026 hearing.

6. If a continuance is not granted, I am able and prepared to appear telephonically at the January 13, 2026 hearing and to fully participate in argument.

7. A hearing date on or after February 18, 2026 would allow sufficient advance notice to request military leave.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    DATED this 10th day of January, 2026.

                                                                      <u>Aniela K Szymanski</u>
                                                                      Aniela K. Szymanski, Esq.

ORIGINAL

```
                                                            1320
                                                            MROWS/2960103/0/INV


FROM: JUDGE ADVOCATE (JA) DIV HQMC
TO:   LIEUTENANT COLONEL ANIELA K SZYMANSKI
      ████████/4402/0530/1730 USMC
      PRIMARY RESIDENCE ADDRESS
      ████████████████████████

SUBJ: ORDERED TO ACTIVATION-PARTIAL MOBILIZATION; CASE OF LIEUTENANT COLONEL
      ANIELA K SZYMANSKI ████████/4402 USMC

1.  YOU HAVE BEEN INVOLUNTARILY ORDERED TO ACTIVE DUTY FROM YOUR RESIDENCE IN
SUPPORT OF THE NATIONAL EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION
AND AS PRESCRIBED IN EXECUTIVE ORDER 10886.  UNDER THE PROVISIONS OF TITLE 38,
UNITED STATES CODE, SECTION 4312(C)(4)(A) AND (B) THIS PERIOD OF ACTIVE DUTY
IS EXEMPT FROM THE FIVE-YEAR CUMULATIVE SERVICE LIMITATION ON REEMPLOYMENT
RIGHTS UNDER TITLE 38, UNITED STATES CODE, CHAPTER 43.  YOUR PERIOD OF ACTIVE
DUTY IS PURSUANT TO U.S. CODE, TITLE 10, SECTION 12302  (CRISIS CODE: Y64 AND
UNIQUE ID: Y64) (ACTIVATION STATUS CODE ZM). YOU ARE ASSIGNED TO ACTIVATION,
IN SUPPORT OF 595 - TITUS SOUTHERN BORDER OPERATIONS, ON SUCH A DATE THAT WILL
ENABLE YOU TO REPORT TO THE ████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
(MCO P1000.6 - ACTS MANUAL AND MCO P1001R.1   MCRAMM).  YOU ARE A MEMBER OF
RESERVE RUC: 88600, COMPANY CODE: C AND PLATOON CODE: QARX.  WHILE PERFORMING
DUTY UNDER THESE ORDERS, YOU ARE SUBJECT TO THE UNIFORM CODE OF MILITARY
JUSTICE (UCMJ)(MCO P1001R.1   MCRAMM).  YOUR INDIVIDUAL AUGMENTEE REQUIREMENT
TRACKING NUMBER IS 316382.

2.  THE PLACE FROM WHICH YOU ARE ORDERED TO SUBJECT DUTY IS INDICATED AFTER
YOUR NAME.  UPON COMPLETION OF SUBJECT DUTY, WITH THE EXCEPTION OF BACK TO
BACK ORDERS, YOU WILL RETURN TO THE ADDRESS INDICATED AFTER YOUR NAME AND UPON
ARRIVAL YOU WILL STAND RELEASED FROM SUBJECT DUTY. (JTR) FOR BACK TO BACK
ORDERS, UPON COMPLETION OF THE FINAL SET OF ORDERS, YOU WILL RETURN TO THE
ADDRESS INDICATED AFTER YOUR NAME AND UPON ARRIVAL, YOU WILL STAND RELEASED
FROM DUTY.  YOU MAY ELECT TRAVEL TO OR FROM AN ALTERNATE LOCATION,
REIMBURSEMENT WILL BE LIMITED TO THE LESSER OF THE ACTUAL DISTANCE TRAVELED TO
THE LOCATION OR THE DISTANCE FROM THE PLACE OF DUTY TO YOUR PRA/PLEAD. (JTR)

3.  IN ACCORDANCE WITH 12731 OF TITLE 10, ACTIVE DUTY SERVICE UNDER THESE
ORDERS CONTRIBUTES TO THE REDUCTION OF THE ELIGIBILITY AGE FOR RECEIPT OF
RETIRED PAY AS CALCULATED PER DODI 1215.07.

4.  THIS PERIOD OF UNIFORMED SERVICE IS ORDERED UNDER 10 U.S.C. SECTION 12302.
THEREFORE, THE SERVICE IS EXEMPT UNDER USERRA'S FIVE-YEAR SERVICE LIMITATION
(38 U.S.C. SECTION 4312(C)).

5.  APPROPRIATION FOR THE PERIOD OF 01 JAN 2026 - 30 SEP 2026 (273 DAYS) IS:
P/A:  ADTC: D3   PAYGROUP: 010   COMPONENT CODE: KM   P/A NUMBER: C60D3F
EST COST: $████████
PER DIEM AND TRAVEL:
THESE ORDERS MEET THE REQUIREMENT TO HAVE ALL TRAVEL AND PER DIEM EXECUTED VIA
DTS (HTTP://WWW.DEFENSETRAVEL.OSD.MIL)
AND REQUIRE PROCESSING VIA DTS.  REIMBURSEMENT FOR PER DIEM AND TRAVEL COST
WILL BE SETTLED THROUGH DTS.

6.  IAW CHAPTER 2 OF THE JTR, ALL DOD TRAVELERS MUST USE INTEGRATED LODGING
PROGRAM PILOT (ILPP) LODGING ESTABLISHMENTS IF AVAILABLE. ILPP COMMERCIAL
LODGING ESTABLISHMENTS PROVIDE THE ABILITY TO BOOK GOVERNMENT AND PRIVATIZED
```

```
                                                          1320
                                                          MROWS/2960103/0/INV

   SUBJ: ORDERED TO ACTIVATION-PARTIAL MOBILIZATION; CASE OF LIEUTENANT COLONEL
         ANIELA K SZYMANSKI           /4402 USMC

(PUBLIC-PRIVATE VENTURE) LODGING PROPERTIES THROUGH THE DEFENSE TRAVEL SYSTEM
(DTS). THE JTR REQUIRES TRAVELERS EXECUTING TAD TO AN ILPP SITE TO USE
GOVERNMENT (DOD) LODGING, PRIVATIZED LODGING OR DOD PREFERRED COMMERCIAL
LODGING BEFORE ANY OTHER LODGING OPTIONS. WHEN EXECUTING TRAVEL OUTSIDE OF
DTS, YOU MUST CONTACT YOUR SUPPORTING TMC AT 1-844-496-8400 TO MAKE LODGING
RESERVATIONS. IF YOU DECLINE AVAILABLE DOD, PRIVATIZED, OR DOD PREFERRED
COMMERCIAL LODGING, YOUR LODGING REIMBURSEMENT WILL BE LIMITED TO THE AMOUNT
THE GOVERNMENT WOULD HAVE PAID IF USED.

7.  ENSURE A COPY OF THE DTS TRAVEL VOUCHER IS PROVIDED TO YOUR ADMINISTRATIVE
SUPPORT SECTION FOR PROPER PAYMENT PROCESSING.

8.  MEMBER MAY BE ENTITLED TO COMBAT TAX EXCLUSION (CZTE) FROM FEDERAL INCOME
TAX PAYMENT FOR PERIODS OF SERVICE IN A COMBAT ZONE.  ENSURE DATES WITHIN
COMBAT AREA FROM AND TO ARE INCLUDED IN AN ENDORSEMENT TO THESE ORDERS.
REVIEW CURRENT PAAN(S) OR LISTING OF CZTE AREAS AND ENSURE THE CZTE IS
ESTABLISHED IN MEMBERS MCTFS 604 REMARKS. MEMBER MAY BE ENTITLED TO SPECIAL
PAY DURING THIS PERIOD OF DUTY. (MCTFSPRIUM)

9.  MEMBERS ON DUTY FOR 31 DAYS OR MORE MAY BE ENTITLED TO FAMILY SEPARATIONS
ALLOWANCE (FSA) (DODFMR VOL 7A AND MCTFSPRIUM)

10. VARIATION IN ITINERARY IS AUTHORIZED (MCO P1000.6 - ACTS MANUAL ).

11. YOU HAVE BEEN IDENTIFIED AS NOT BEING A GOVERNMENT TRAVEL CHARGE CARD
(GTCC) HOLDER. DOD POLICY MANDATES THE USE OF THE GTCC BY DOD PERSONNEL TO PAY
FOR ALL COSTS INCIDENTAL TO OFFICIAL BUSINESS TRAVEL UNLESS SPECIFICALLY
EXEMPTED BY AUTHORITY OF THE ADMINISTRATOR OF GENERAL SERVICES OR THE HEAD OF
THE AGENCY. YOU ARE REQUIRED TO IMMEDIATELY APPLY FOR A GTCC. YOU MAY OBTAIN
AN ADVANCE FROM YOUR SUPPORTING DISBURSING/FINANCE OFFICE IF YOU ARE DENIED A
GTCC BY THE CONTRACTING AGENCY .

12. IF YOU ARE NOT IN THE BLENDED RETIREMENT SYSTEM YOUR TSP ELECTION(S) WILL
TERMINATE UPON TRANSFER TO AN ACTIVE DUTY STATUS. TO START YOUR TSP
ELECTION(S) WHILE IN AN ACTIVE DUTY STATUS, VISIT MYPAY
(HTTPS://MYPAY.DFAS.MIL/MYPAY.ASPX). YOU MUST REPEAT THE SAME ACTION WHEN
YOU RESUME YOUR RESERVE DUTY.

13. PHYSICAL OR MENTAL INJURY OR ILLNESS THAT WOULD PROHIBIT, HAMPER OR
PRECLUDE THE EXECUTION OF THESE ORDERS MUST BE REPORTED TO THE MEDICAL
DEPARTMENT REPRESENTATIVE FOR DETERMINATION OF PHYSICAL OR MENTAL
QUALIFICATION PRIOR TO EXECUTION.  NOTE:  IF YOU DO NOT MEET THE MARINE CORPS
STANDARDS YOU ARE DIRECTED TO RETURN THESE ORDERS TO YOUR ADMINISTRATIVE
PARENT COMMAND UNEXECUTED.

14. IF YOU ARE AFFILIATED WITH A RESERVE MILITARY UNIT, YOU ARE REQUIRED TO
OBTAIN AN ANNUAL PERIODIC HEALTH ASSESSMENT AND UPDATE YOUR PHYSICAL
EXAMINATION EVERY TWO YEARS. YOUR LAST PHYSICAL EXAM WAS COMPLETED ON 23 APR
2015 AND YOUR LAST PERIODIC HEALTH ASSESSMENT WAS COMPLETED ON 12 JUL 2023. IF
YOUR PHYSICAL HAS EXPIRED AND YOU HAVE NOT HAD AN ANNUAL PERIODIC HEALTH
ASSESSMENT WITHIN THE PAST YEAR, YOU MUST SUBMIT A COMPLETED DD FORM 2807-1
(REPORT OF MEDICAL HISTORY) THAT HAS BEEN REVIEWED BY AN APPROPRIATE MEDICAL
EXAMINER AS INDICATED IN MANMED CHAPTER 15 OR SUBMIT A DD FORM 2808 (REPORT OF
MEDICAL EXAMINATION) TO YOUR PARENT COMMAND. NONCOMPLIANCE WITH THIS
REQUIREMENT COULD RESULT IN REQUESTS FOR DUTY BEING DENIED. SUBMIT, WITHIN 10
DAYS, THE REQUIRED DOCUMENTATION TO THE APPROPRIATE ADMINISTRATIVE OFFICE
MAINTAINING YOUR SERVICE AND HEALTH RECORDS FOR UPDATING.

15. ENSURE SNM REPORTS TO DUTY WITH ORIGINAL ORDERS, SRB AND MEDICAL RECORDS
FOR PERIODS OF DUTY OVER 30 DAYS.
```

```
                                                        1320
                                                        MROWS/2960103/0/INV
```

SUBJ: ORDERED TO ACTIVATION-PARTIAL MOBILIZATION; CASE OF LIEUTENANT COLONEL
    ANIELA K SZYMANSKI ███████/4402 USMC

16. MARINES (ACTIVE AND RESERVE) AND FAMILY MEMBERS WITH QUESTIONS MAY CONTACT THE VIRTUAL FAMILY SUPPORT SERVICE PROGRAM SPONSORED BY THE MARFORRES MARINE CORPS COMMUNITY SERVICES (1-866-305-9058 OR EMAIL MCCS2MFR.USMC.MIL) AND CERIDIAN CORPORATION. THE SUPPORT SERVICE IS OPEN 24/7 AND CAN BE ACCESSED BY UTILIZING THE FOLLOWING INFORMATION: (A )INTERNET: WWW.MILITARYONESOURCE.COM. (B) TOLL-FREE CONUS: 800-342-9647, OCONUS: 800-3429-6477 (DIAL ALL DIGITS), OCONUS COLLECT (484) 530-5908, TTY/TDD: 800-346-9188, EN ESPANOL: 877-888-0727, KOREA: DSN 550-2769.

17. UNLESS YOU HAVE MADE AN ALTERNATE ELECTION OF REDUCED OR NO COVERAGE PRIOR TO THE ISSUANCE OF THESE ORDERS, YOU WILL AUTOMATICALLY RECEIVE SGLI COVERAGE IN THE AMOUNT OF $500,000 DURING THE PERIOD OF THESE ORDERS. IF YOU DESIRE TO CHANGE YOUR ELECTION FOR INCREASED, REDUCED, OR NO COVERAGE, FORWARD A COMPLETED VA FORM 29-8286 TO YOUR PARENT UNIT. WHETHER BY DEFAULT OR ELECTION, YOU ARE LIABLE FOR PAYMENT OF SGLI PREMIUMS. PREMIUM PAYMENTS WILL BE AUTOMATICALLY COLLECTED FROM YOUR MILITARY PAY ACCOUNT. UNLESS YOU ELECT NO COVERAGE, ANY UNPAID PREMIUMS WILL APPEAR AS DEBITS ON YOUR LES. SGLI COVERAGE RANGES FROM $50,000 TO $500,000 AT A COST OF THREE DOLLARS AND FIFTY CENTS ($3.50) FOR EACH $50,000 INCREMENT OF COVERAGE. ADDITIONALLY, A PREMIUM OF $1.00 IS AUTOMATICALLY ADDED FOR TRAUMATIC INJURY PROTECTION COVERAGE (TSGLI).

18. WITHIN THREE WORKING DAYS AFTER COMPLETION OF THE TRAVEL DIRECTED HEREIN FORWARD YOUR ORIGINAL ORDERS AND REPORTING AND DETACHING ENDORSEMENT WITH A COMPLETED DD FORM 1351-2 (TRAVEL VOUCHER) TO YOUR PARENT UNIT (ATTN: PAY/ADMIN). FAILURE TO SUBMIT THESE ORDERS WITHIN THREE DAYS MAY RESULT IN YOU BEING ISSUED A LETTER OF INDEBTEDNESS TO THE GOVERNMENT. FORWARD A COPY OF THE LIQUIDATED TRAVEL VOUCHER TO CMC (MRA/MB).

19. ACCRUED ANNUAL LEAVE IS HIGHLY ENCOURAGED TO BE TAKEN DURING THESE ORDERS. IT IS IMPERATIVE THAT COMMANDERS ENSURE ACCURATE ADMINISTRATIVE ACTION IS ACCOMPLISHED BY THE END OF THESE ORDERS AND TIMELY UNIT DIARY ACTION IS TAKEN UPON COMPLETION OF THESE ORDERS.

20. IAW NDAA, A MEMBER OF THE RESERVE COMPONENT WHO IS ISSUED A DELAYED-EFFECTIVE-DATE-ACTIVE-DUTY ORDER, OR IS COVERED BY SUCH AN ORDER, THAT IS, FOR A PERIOD OF ACTIVE DUTY OF MORE THAN 30 DAYS, IN SUPPORT OF A CONTINGENCY OPERATION, AS DEFINED IN 10 U.S.C., 101(A)(13)(B), SHALL BE ELIGIBLE, ALONG WITH ELIGIBLE FAMILY MEMBERS, FOR TRICARE, ON EITHER THE DATE OF NOTIFICATION OF SUCH ORDER, OR NO MORE THAN 180 DAYS PRIOR TO THE EFFECTIVE DATE OF ACTIVE DUTY PRESCRIBED IN THE ORDER, WHICHEVER IS LATER.

21. MEMBER MAY ELECT OR DECLINE TRICARE RESERVE SELECT (TRS): BEFORE TERMINATION OF THE CURRENT ACTIVE DUTY ORDER, THE MEMBER MUST ELECT OR DECLINE TRS ON THE DMDC WEBSITE (HTTPS://WWW.DMDC.OSD.MIL/appj/tsa/index.jsp). ENROLLMENT: IF MEMBER ELECTS TRS ENROLLMENT, HE/SHE CAN EITHER PULL THE DD FORM 2895 FROM THE TRICARE WEBSITE (HTTP://WWW.TRICARE.OSD.MIL/RESERVE/RESERVESELECT) OR CONTACT THEIR PARENT MARINE CORPS RESERVE UNIT FOR ASSISTANCE. TRS ENROLLMENT MUST BE COMPLETED WITHIN 120 DAYS AFTER TERMINATION OF THE ACTIVE DUTY TOUR OR MEMBER WILL LOSE ELIGIBILITY TO ENROLL IN TRS. TRS BENEFITS BECOME EFFECTIVE 180 DAYS AFTER TERMINATION OF THE ACTIVE DUTY TOUR.

22. ALL USMC PERSONNEL WHO ARE MEMBERS OF THE READY RESERVE (SMCR, IMA, IRR) TO INCLUDE RESERVISTS CURRENTLY MOBILIZED, ARE MANDATED TO PERIODICALLY UPDATE THEIR CIVILIAN EMPLOYMENT INFORMATION (CEI) DATA. FAILURE TO COMPLY WITH THIS MANDATE MAY RESULT IN DENIAL OF FUTURE REQUESTS FOR DUTY. DODINST 7730.54 IS THE UNDERSECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMO ON THE REPORTING OF CIVILIAN EMPLOYMENT INFORMATION (CEI) THAT MANDATED THE

```
                                                   1320
                                                   MROWS/2960103/0/INV
```

SUBJ: ORDERED TO ACTIVATION-PARTIAL MOBILIZATION; CASE OF LIEUTENANT COLONEL
      ANIELA K SZYMANSKI ▮▮▮▮▮▮▮▮/4402 USMC

COLLECTION OF CEI FOR ALL MEMBERS OF THE READY RESERVE.  MARADMIN 084/09
REGISTRATION OF CIVILIAN EMPLOYMENT INFORMATION (CEI) FOR MARINES IN THE READY
RESERVE DIRECTS THAT ALL MEMBERS OF THE USMC READY RESERVE WILL COMPLY WITH
DODINST GUARD AND RESERVE WEB PORTAL.  THE PORTAL CAN BE ACCESSED DIRECTLY AT
(LOWER CASE) HTTPS://WWW.DMDC.OSD.MIL/APPJ/ESGR THEN CLICK ON LOGON TAB.  THE
PORTAL CAN ALSO BE ACCESSED FROM THE RESERVE DUTY ON LINE (RDOL) HOMEPAGE VIA
MARINE ON LINE (MOL), CLICK ON RESOURCES TAB, THEN CLICK ON RESERVE DUTY ON
LINE, THEN CLICK ON HYPERLINK TO THE DOD GUARD AND RESERVE PORTAL, THEN CLICK
ON LOGON TAB.

23. MISSIONS MAY REQUIRE YOU TO BE REMISSIONED WITHIN THE AOR, REMISSIONED
GLOBALLY, OR REDEPLOYED AND DEMOBILIZED AS OPERATIONAL REQUIREMENTS DICTATE.

ALL MILITARY MEMBERS ARE REQUIRED TO BRING AT LEAST ONE SET OF CIVILIAN
CLOTHING.

24. CALL 1-800-336-4590 (NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF THE GUARD
AND RESERVE) OR CHECK ON LINE AT WWW.ESGR.ORG FOR QUESTIONS REGARDING YOUR
EMPLOYMENT/REEMPLOYMENT RIGHTS.

25. Paragraph 112400 version 1 is empty in orders paragraph table

26. IF ACUTE, NON-EMERGENCY MEDICAL CARE IS REQUIRED FOR YOU OR YOUR FAMILY
MEMBERS, CALL 1-800-931-9501 TO OBTAIN GUIDANCE AND TO RECEIVE THE REQUIRED
AUTHORIZATION.  IF EMERGENCY CARE IS NEEDED, GET CARE IMMEDIATELY, THEN
CONTACT THE NUMBER LISTED ABOVE ONCE CARE IS RECEIVED.

27. YOU ARE DIRECTED TO PROVIDE A COPY OF THESE ORDERS TO YOUR DEPENDENTS FOR
THEIR USE  DURING YOUR PERIOD OF ACTIVATION.

28. THESE ORDERS ARE TAD EXCESS.

29. LTCOL ANIELA SZYMANSKI IS DIRECTED TO DO A VIRTUAL CHECK WITH THE JUDGE
ADVOCATED DIVISION AT HQMC. SNO'S TRAVEL WITH BE FROM HOME OF RECORD TO THE
DEPARTMENT OF JUSTICE IN MEMPHIS

30. TN.

31. REQUESTOR OF THESE ORDERS WAS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   YOUR DUTY
SITE POINT OF CONTACT IS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

32. ALTERNATE MEANS OF ACCOMPLISHING THIS MISSION, SUCH AS SECURE VIDEO
TELECONFERENCE (SVTC) OR OTHER WEB-BASED COMMUNICATION ARE NOT SUFFICIENT TO
ACCOMPLISH TRAVEL OBJECTIVES.

33. PER MARADMIN 632/19 SUBJECT: TRANSITION READINESS, EFFECTIVE 1 OCTOBER
2019, RESERVE COMPONENT MARINES DEMOBILIZING OR DEACTIVATING AFTER SERVING
THE FIRST 180 CONTINUOUS DAYS ON ACTIVE DUTY ORDERS MUST COMPLETE THE TRP
PROCESS WITHIN THE 365 DAY TIMEFRAME PRIOR TO DEMOBILIZATION OR
DEACTIVATION. IF BEING DEMOBILIZED OR DEACTIVATED DURING A TIME WHICH MAKES
THE 365 DAY REQUIREMENT UNFEASIBLE, THE REQUIREMENTS WILL BE COMPLETED AS
SOON AS POSSIBLE WITHIN THE REMAINING PERIOD OF SERVICE.

UPON INITIAL COMPLETION OF ALL REQUIREMENTS, AS CONFIRMED BY THE
INSTALLATION'S TRP PERSONNEL AND THE CO OR DESIGNEE VIA A COMPLETED DD FORM
2648, ALL REQUIREMENTS (INDIVIDUALIZED INITIAL COUNSELING, PRE-SEPARATION
COUNSELING, TRS, CAPSTONE REVIEW, AND COMMANDER'S VERIFICATION) ARE GOOD
INDEFINITELY UNLESS PERMANENTLY SEPARATING, RETIRING FROM THE RC, REQUESTED
BY THE MARINE (SPACE AVAILABLE) OR DIRECTED BY THE COMMANDER OR DESIGNEE.

```
                                                    1320
                                                    MROWS/2960103/0/INV


SUBJ: ORDERED TO ACTIVATION-PARTIAL MOBILIZATION; CASE OF LIEUTENANT COLONEL
      ANIELA K SZYMANSKI          /4402 USMC

TRP WAIVERS DO NOT EXIST.

RESERVE COMPONENT MARINES TRANSFERRING FROM TITLE 10 STATUS TO TITLE 10
STATUS, WITH NO GAP IN SERVICE, ARE NOT REQUIRED TO COMPLETE THE TRP
PROCESS.

PLEASE CONTACT THE NEAREST MARINE CORPS INSTALLATION FOR TRP ASSISTANCE OR
VISIT HTTPS://USMC-MCCS.ORG/CYCLE/TRANSITION/ FOR MORE INFORMATION.



                                    LT KUNCE
                                    BY DIRECTION
```

5