Aniela K. Szymanski, Esq.
Nevada Bar No. 15822
3765 E. Sunset Rd. B9
Las Vegas NV 89120
702-899-8180
aniela@anielalaw.com
*Attorney for Defendant, Rick Kiran Saga*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-CR-00142-JAD-EJY |
| Plaintiff, | |
| vs. | |
| RICK KIRAN SAGA, | |
| Defendant. | |

PROPOSED EMERGENCY ORDER
RE: EMERGENCY MOTION TO CONTINUE HEARING
OR PERMIT TELEPHONIC APPEARANCE

Defendant's Emergency Motion to Continue Hearing or, in the Alternative, to Permit Telephonic Appearance having been filed, and good cause appearing,

IT IS HEREBY ORDERED:

☐ Continuance Granted

1. The Emergency Motion is GRANTED.
2. The hearing set for January 13, 2026, is VACATED.
3. The hearing is CONTINUED to _____, 2026, at _____ __.m.

☐ Telephonic Appearance Authorized
1. The Emergency Motion is GRANTED IN PART.
2. The hearing shall proceed on January 13, 2026.
3. Aniela K. Szymanski, Esq., is authorized to appear telephonically due to active-duty military obligations.

Dated:_____                    _____
                                          UNITED STATES DISTRICT JUDGE

1