# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RYAN LINDEN, and<br>RICK KIRIN SAGA<br><br>Defendants. | 2:24-cr-00142-JAD-EJY<br><br>**ORDER** |

This matter coming on the parties' Stipulation to Continue Trial, the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **FINDS** as follows.

1. Trial of this matter is presently set to commence on **March 10, 2026**, with Calendar Call set for **February 23, 2026**.

2. The Court accepts the Stipulation of the parties and adopts the facts recounted therein as findings of fact for this Order.

3. Counsel for the defendants require additional time to prepare for trial in light of the complex nature of the case and the volume of the government's disclosures.

4. The parties agree that all delay resulting from a continuance of this matter is excluded from the computation of time by which trial must commence under the Speedy Trial Act by virtue of Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice

outweighing the interests of the public and the defendant in a speedy trial when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

5. The defendants are not in custody and agree to the continuance.

**IT IS THEREFORE ORDERED:**

1. The present trial date of **March 10, 2026 at 9:00 a.m.,** and calendar call of **February 23, 2026, at 1:30 p.m.**, shall be and are **VACATED** and **CONTINUED;**

2. The trial of this matter will commence on **December 15**, **2026, at 9:00 a.m.** with Calendar Call on **November 30, 2026, at 1:30 p.m.,** in Courtroom 6D, Lloyd D. George Federal Courthouse, Las Vegas, Nevada**;**

3. All and all delay from the date of entry of this Order to the date and time set for trial above shall be, and is, excluded from the computation of time by which trial must commence under the Speedy Trial Act by virtue of Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice outweighing the public's and the defendant's interest in a speedy trial when considering the factors set forth at Title 18, United States Code, Sections 3161(h)(7)(B)(i) through (iv).

4. Any and all trial subpoenas duly issued and served as of the date of this Order are continued to the date, time and place set for trial above.

**IT IS SO ORDERED** this 20th day of February 2026.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE