Aniela K. Szymanski, Esq.
Nevada Bar No. 15822
3765 E. Sunset Rd. B9
Las Vegas NV 89120
702-899-8180
aniela@anielalaw.com
*Attorney for Defendant, Rick Kiran Saga*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICK KIRAN SAGA,<br><br>　　　　Defendant. | Case No.: 2:24-CR-00142-JAD-EJY |

**MOTION TO CONTINUE**

Defendant Rick Kiran Saga, by and through undersigned counsel Aniela K. Szymanski, Esq., respectfully moves this Court on a continuance of the hearing currently set for August 11, 2026, on Defendant's Motion for Clarification or Modification of Terms of Release from Pre-Trial Detention. This Motion is made pursuant to the Court's inherent authority to manage its docket and upon a showing of good cause. *See United States v. Flynt*, 756 F.2d 1352, 1358 (9th Cir. 1985).

**NATURE OF THE MOTION**

This Motion is filed on a shortened time basis because the hearing is scheduled for August 11, 2026, and undersigned counsel became unavailable to appear only upon the assignment of her to a military training on August 10, 2026. The timing of the assignment was

1

outside counsel's control, and immediate relief is necessary to avoid prejudice to Defendant and to permit orderly resolution of the pending motion.

Absent relief, Defendant will be forced to proceed on a critical representation issue without his chosen counsel's participation, through no fault of Defendant or counsel.

## I. BACKGROUND

Defendant moved this court to clarify or modify the terms of his pre-trial release because the existing orders of the court make it unclear whether he is permitted to take certain actions related to businesses he has an interest in. The Government filed an opposition, and the Court scheduled a hearing on the motion for August 11, 2026, ordering all parties and counsel to appear in person in Las Vegas.

Subsequent to the scheduling of the hearing, on August 10, 2026, undersigned counsel received orders dictating that she attend a training course. Counsel was unable to request an exemption from the training. The training is only scheduled to last until August 13, 2026.

Counsel did request that another attorney make a special appearance on her behalf, but due to the short notice, no counsel was available to appear.

## II. GOOD CAUSE EXISTS FOR A CONTINUANCE

Good cause exists to continue the hearing. Counsel's inability to attend is the result of compulsory military service, not delay or neglect. The requested continuance is narrow in scope and seeks to reset the hearing to a date on or after August 13, 2026.

Granting the continuance will not prejudice the Government, but denying the continuance would materially prejudice Defendant's right to be represented by counsel at the motion hearing.

## III. DECLARATION IN SUPPORT

This Motion is supported by the attached Declaration of Aniela K. Szymanski, which sets forth the relevant facts regarding her active-duty status and training requirements.

### IV. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that the Court:

1. Continue the August 11, 2026 hearing to a date on or after August 13, 2026; and

2. Grant such other and further relief as the Court deems just and proper.

DATED this 10th day of August, 2026.

Respectfully submitted,

Aniela K Szymanski
Aniela K. Szymanski, Esq.
3765 E. Sunset Rd. B9
Las Vegas NV 89120
702-899-8180
*Attorney for Defendant, Rick Kiran Saga*

**DECLARATION OF ANIELA K. SZYMANSKI, ESQ.**

I, Aniela K. Szymanski, declare as follows:

1.  I am an attorney licensed to practice law in the State of Nevada and am counsel for Defendant Rick Kiran Saga in this matter.

2.  I am a reserve officer in the United States Marine Corps.

3.  After the Court scheduled the hearing for August 11, 2026, I made plans to appear at the hearing.

4.  On August 10, 2026, my supervisor directed that I attend a training course that begins on August 11, 2026 and concludes on August 13, 2026.

5.  Due to my military obligations, I am unable to appear at the August 11, 2026 hearing.

6.  A hearing date on or after August 13, 2026 would allow me to attend or to obtain a co-counsel who could appear if any future conflicts arise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 10th day of August, 2026.

<u>Aniela K Szymanski</u>
Aniela K. Szymanski, Esq.

IT IS HEREBY ORDERED that [69] Motion to Continue is GRANTED. The motion hearing set for **8/11/2026 is VACATED and RESET to August 19, 2026, at 3:00 p.m.** in courtroom 3A.

_____
U.S MAGISTRATE JUDGE
DANIEL J. ALBREGTS

4

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Nevada.

/s/ Aniela K Szymanski
Aniela K Szymanski